# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**NOORLY COMPERE,**
Appellant,

v.

**BRIAN ELLIOTT,**
Appellee.

No. 4D19-1228

[August 14, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 50-2015-DR-003926.

Noorly Compere, West Palm Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.  See* Fla. R. App. P. 9.315(a).

GROSS, MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***